# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 8, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 24-4685,    <u>US v. Neber Ardon-Ayala</u>
　　　　　　　　1:23-cr-00448-JKB-1

TO:    Neber Johary Ardon-Ayala

**CERTIFICATE DUE:  April 11, 2025**

Please file the certificate/service information identified below by the due date indicated.

[✔] There was no certificate showing compliance with the Supreme Court's decision in <u>Anders</u>. Use the **certificate of service for Anders brief** form and entry to file the required certificate.

Kirsten Hancock, Deputy Clerk
804-916-2704